MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
60 East 42nd Street, Suite 2540
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RICARDO PEREZ CAMPOS and GERARDO GONZALEZ *individually and on behalf of others similarly situated*,

        *Plaintiffs*,

-against-

QUENTIN MARKET CORP. (d/b/a QUENTIN MARKET), WON KE LEE, SEAN OH, and SUSAN JONG LEE.

        *Defendants.*

-------------------------------------------------------X

NOTICE OF MOTION TO STRIKE DEFENDANTS' ANSWER AND TO ENTER DEFAULT

**Index No. 16-cv-05303-DLI-RER**

## NOTICE OF MOTION

    Please take notice that, upon the annexed declaration of Colin Mulholland, Esq., and attached exhibits, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for an order striking the Defendants' answer for failure to defend this action and to enter a default judgment against the Defendants, and such other and further relief this Court deems just and proper.

    Answering papers, if any, shall be served on the undersigned no later than September 22nd, 2017 as directed by Magistrate Judge Ramon E. Reyes on docket entry 28 and 29, or at such other time as the court may direct.

Dated: New York, New York
       August 24, 2017

                          MICHAEL FAILLACE & ASSOCIATES, P.C.

                          By: */s/ Colin Mulholland, Esq.*
                              Colin Mulholland, Esq.
                              60 East 42nd Street, Suite 4510
                              New York, New York 10165
                              (212) 317-1200

- 2 -

*Attorneys for Plaintiff*

To:

Quentin Market Corp
3404 Quentin Rd.
Brooklyn, NY 11234

Sean Oh
3404 Quentin Rd.
Brooklyn, NY 11234

Susan Jong Lee
3404 Quentin Rd.
Brooklyn, NY 11234
&
1687 E 34th Street
Brooklyn, NY 11234

Won Ke Lee
3404 Quentin Rd.
Brooklyn, NY 11234